IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RALPH JEAN-LOUIS,

        Plaintiff,

vs.

WALLMART,

        Defendant.

4:25CV3166

**MEMORANDUM AND ORDER**

On August 7, 2025, Plaintiff filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. However, Plaintiff's Motion does not comply with the terms of 28 U.S.C. § 1915, the statute authorizing proceedings in forma pauperis. *See* 28 U.S.C. § 1915(a)(1) (requiring the plaintiff to submit "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor"). While Plaintiff used the Form AO 240 Application to Proceed in District Court Without Prepaying Fees or Costs, Plaintiff left the form almost entirely blank and failed to answer the questions on the form stating her available income, assets, and regular expenses.

Plaintiff has the choice of either submitting the $405.00 filing and administrative fees to the Clerk's office or submitting a request to proceed in forma pauperis that complies with 28 U.S.C. § 1915. Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis, Filing No. 2, is denied without prejudice to reassertion in a motion to procced IFP that complies with 28 U.S.C. § 1915.

2. Plaintiff is directed to submit the $405.00 fees to the Clerk's office or submit a complete, signed request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

3. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

4. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **September 8, 2025**: Check for new MIFP or payment.

Dated this 8th day of August, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge