IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RALPH JEAN-LOUIS,<br><br>    Plaintiff,<br><br>vs.<br><br>WALLMART,<br><br>    Defendant. | 4:25CV3166<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's correspondence construed as a motion to extend time to pay the $405.00 initial filing fee (the "Motion to Extend"), Filing No. 6, as set forth in this Court's August 8, 2025, Memorandum and Order denying Plaintiff's motion to proceed in forma pauperis, Filing No. 5. For the reasons set forth below, the Court will grant Plaintiff an extension of the initial partial filing fee deadline.

The Court routinely allows plaintiffs additional time to pay an initial filing fee. *Taylor v. Neb.*, No. 8:22CV349, 2022 WL 17404922, at *1 (D. Neb. Dec. 2, 2022) (citing *Castonguay v. Douglas Cnty. Correction Ctr.*, No. 8:09CV225, 2009 WL 2840533, at *2 (D. Neb. Sept. 2, 2009); *Alowonle v. Dep't of Corr. - MCF/WRML, No. CIV. 09-1898 ADM/AJB*, 2010 WL 428556, at *1 (D. Minn. Feb. 2, 2010))). Therefore, to ensure Plaintiff can submit his filing

fee and proceed with his case, a 30-day extension to October 20, 2025, shall be granted.

Finally, Plaintiff is reminded that he still has the choice of either submitting the $405.00 filing and administrative fees to the Clerk's office or submitting a request to proceed in forma pauperis that complies with 28 U.S.C. § 1915. If Plaintiff chooses to submit a new in forma pauperis application in lieu of payment, he must provide the required information to the best of his ability for such application to be considered on its merits.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Extend, Filing No. 6, is granted. Plaintiff shall have through and until **October 20, 2025**, to submit the $405.00 fees to the Clerk's office or submit a complete, signed request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: October 20, 2025: Check for MIFP or payment.

Dated this 19th day of September, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge