**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **RALPH JEAN-LOUIS,**<br>**Plaintiff,**<br>**vs.**<br>**WALMART, INC.,**<br>**Defendant.** | **4:25CV3166**<br><br>**ORDER** |

This matter is before the Court on the motion filed by the pro se plaintiff, Ralph Jean-Louis, asking the Court to appoint him an attorney. (Filing No. 38). Plaintiff states he cannot afford a lawyer and is currently in jail. Although the Court may be inclined to appoint counsel for Plaintiff given the change in his circumstances and difficulties litigating this lawsuit against Walmart while incarcerated, the Court's Amended Plan for the Administration of the Federal Practice Fund only permits payment of litigation costs and attorney fees for court-appointed counsel for *indigent* pro se civil litigants. *See* 28 U.S.C. § 1915(a)(1) ("The court may request an attorney to represent any person unable to afford counsel."); *see also Chambers v. Pennycook*, 641 F.3d 898, 909 (8th Cir. 2011) (A district court may "recruit counsel for an indigent person in appropriate circumstances") (citing 28 U.S.C. § 1915(e)(1)).

In this case, Plaintiff paid the filing fee rather than submitting a complete, signed request to proceed in forma pauperis. Therefore, Plaintiff has not demonstrated he is indigent. However, given his change in circumstances, the Court will permit Plaintiff to submit a request to proceed in forma pauperis that complies with 28 U.S.C. § 1915. If Plaintiff fully completes and signs the form to proceed in forma pauperis, and the Court finds he is indeed indigent, the Court will reconsider his request to appoint counsel. Accordingly,

**IT IS ORDERED**:

1. Plaintiff's motion to appoint counsel (Filing No. 38) is denied, without prejudice to reassertion if Plaintiff files a motion to procced in forma pauperis that complies with 28 U.S.C. § 1915.
2. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

Dated this 2nd day of September, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge