**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **RALPH JEAN-LOUIS,**<br>**Plaintiff,**<br>**vs.**<br>**WALMART, INC.,**<br>**Defendant.** | **4:25CV3166**<br><br>**ORDER** |

Pursuant to the Court's Order (Filing No. 39), Plaintiff has filed a motion for leave to proceed in forma pauperis. (Filing No. 40). The information contained in Plaintiff's affidavit demonstrates that Plaintiff is eligible to proceed in forma pauperis. Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Filing No. 40) is granted.
2. This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including the plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

Dated this 16th day of September, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge